IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXIS R. HALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC.<br>and MCCALLA RAYMER, LLC,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-0378-CC |

## ORDER

This matter is presently before the Court on Magistrate Judge Janet F. King's frivolity review of the Complaint filed by Plaintiff Alexis R. Hall ("Plaintiff") [Doc. No. 1, Ex. A]. On March 29, 2012, Magistrate Judge King issued a Final Report and Recommendation (hereinafter the "Report") [Doc. No. 6] recommending that the Court dismiss Plaintiff's Complaint without prejudice and deny as moot the Motion to Dismiss filed by Defendant SunTrust Mortgage, Inc. ("Defendant SunTrust Mortgage"). The record reflects that no objections to the Report have been filed, and the time period for submitting objections has elapsed. The Court, having conducted a plain error review in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), finds that the Report is correct both in fact and in law. The Court hereby **ADOPTS** the Report as the decision of the Court. The Court hereby **DISMISSES without prejudice** Plaintiff's Complaint [Doc. No. 1, Ex. A] and **DENIES as moot** Defendant SunTrust Mortgage's Motion to Dismiss [Doc. No. 2].

SO ORDERED this 10th day of April, 2012.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE